IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALJAY LOCKETT, JR., <br> AIS # 133930, <br><br> Petitioner, <br><br> v. <br><br> BOBBY BARRETT, *et al.*, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> )  CASE NO.  2:11-cv-807-TMH <br> )  [wo] <br> ) <br> ) <br> ) |

**OPINION and ORDER**

On October 11, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. No. 6).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, the 28 U.S.C. § 2254 petition for habeas corpus relief be DENIED, and that this case be and is hereby DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A) for the Plaintiff's failure to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing a federal district court to consider his successive habeas application.

DONE this 17th day of November, 2011.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
UNITED STATES DISTRICT JUDGE